ELECTRONICALLY FILED
Faulkner County Circuit Court
Crystal Taylor, Circuit Clerk
2018-May-31 13:18:02
23CV-18-838
C20D01 : 7 Pages

## IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
### CIVIL DIVISION

**HAROLD J. HENDERSON AND**
**CAROL SUE HENDERSON**                                            **PLAINTIFFS**


**VS.**                    **NO:** _____

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS**
**CERTIFICATE TRUSTEE ON BEHALF OF BOSCO**
**CREDIT II TRUST SERIES 2010-1, CONSECO BANK, INC.**
**AND FRANKLIN CREDIT**                              **DEFENDANTS**


### COMPLAINT FOR DECLARATORY JUDGMENT, TO QUIET TITLE
### AND INJUNCTIVE RELIEF

For their Complaint, Plaintiffs Harold J. Henderson and Carol Sue Henderson

state:

1. Plaintiffs are residents of Faulkner County, Arkansas.

2. Upon information and belief, Defendant Deutsche Bank National Trust

Company, which is the Trustee on behalf of Bosco Credit II Trust Series 2010-1, assignee

of Conseco Bank, Inc. is a national bank with it's principal place of business in St. Paul,

Minnesota.

3. This action involves real property in Faulkner County, Arkansas. This Court

has jurisdiction of the subject matter and over the parties to this action. Venue is proper

in Faulkner County.

4. Pursuant to Ark.. Code Ann. § 16-111-101, *et seq.*, Plaintiffs seek Declaratory

Judgment, particularly under §16-111(101-104), as this action affects Plaintiff's rights

EXHIBIT B 1

under a deed, and the interpretation of a mortgage and the non-judicial foreclosure procedures under Ark. Code Ann. § 18-50-101, et seq..

5. Plaintiffs executed an Deed of Trust ("Loan Agreement") encumbering the real property described therein, on January 27, 1999. Said Deed of Trust was duly recorded February 2, 1999 in book 1999, page 3823 in the real estate records of Faulkner County, Arkansas.

6. The original Trustee was Conseco Bank, Inc., Trustee in Favor of Bosco Credit II Trust Series. Upon information and belief, said Deed of Trust has been assigned to Deutsche Bank National Trust Company, which is the current Trustee for Bosco Credit, II Trust Series 2010-1.

7. Defendant Deutsche Bank National Trust Company has served Plaintiffs with a Mortgagee's Notice of Default and Intention to Sell. A copy of said Notice is attached hereto and is incorporated herein by reference as Exhibit "A."

8. Plaintiffs seek a declaratory judgment from this Court that the Notice given by Defendant, and filed of record April 3, 2018 is defective. Plaintiff also seeks injunctive relief in the form of an order prohibiting Deutsche Bank National Trust Company from selling their property at a non-judicial foreclosure sale, pursuant to said notice, on June 20, 2018 at 2:30 P.M.

**COUNT I**
**DECLARATORY AND INJUNCTIVE RELIEF**

9. Pursuant to Arkansas Rule of Civil Procedure 65, Plaintiffs seek a Temporary Restraining Order, and requests that the Court enter such an Order, *ex parte*, prohibiting Defendants from conducting the non-judicial foreclosure sale on June 20, 2018 at 2:30

P.M. Plaintiff's are entitled to a TRO prohibiting the sale because the real property which is the subject of this action is unique and the loss of said property due to foreclosure sale would be a loss that cannot be compensated in money damages. There has been no payment on the mortgage since 2004 and the limitations period expired in 2009. Plaintiffs filed Chapter 7 bankruptcy in 2004 and the debt was discharged in 2004. Defendants then had only 5 years to foreclose. The lien claimed by Defendants is now void and Defendants have no legal interest in the property which they seek to foreclose on. Because the limitations period has expired. Deutsche Bank National Trust Company is not authorized to sell said property . Also Defendant will not be prejudiced by a postponement of the non-judicial foreclosure sale, even if Defendant could prove to this Court that it is entitled to sell the property at issue.

COUNT II
QUIET TITLE

10.     Plaintiffs possess and are the owners of the following described property:

As described on attached exhibit "A"

11.     Plaintiffs acquired said property through purchase.

12.     Defendant, Deutsch Bank National Trust Co., may be claiming title adversely to Plaintiffs, by virtue of a mortgage which has expired and for which the limitations period has expired. The debt secured by the mortgage was discharged in bankruptcy in 2004.

12.     Plaintiffs are entitled to have confirmation of title to the described property confirmed and vested in them by a decree of this Court.

3

WHEREFORE, Plaintiffs pray, under Count I,  for a Temporary Restraining Order enjoining the Defendants from conducting a non-judicial foreclosure sale, pending further orders of this court, for a declaratory judgment as set forth herein, for a permanent injunction prohibiting the Defendants from selling Plaintiff's home based upon the alleged lien, for damages sustained by the slander of Plaintiff's credit; for Plaintiff's costs and attorneys fees expended herein; and for all other appropriate relief in the premises.

WHEREFORE, Plaintiffs pray under Count II, that title to this property be confirmed, quieted, and vested in them, and that any existing or potential adverse claims to said property of Deutsche Bank National Trust, Co., Conseco Bank, Inc. and Franklin Credit, be canceled and declared a nullity, for costs and for all other proper relief.

## VERIFICATION

We, Harold J. Henderson and Carol Sue Henderson, Plaintiffs herein do hereby certify on oath that the foregoing facts are true and correct to the best of our knowledge and belief.

_____
Harold J. Henderson

_____
Carol Sue Henderson

STATE OF ARKANSAS}
                 } §§
COUNTY OF Faulkner}

SUBSCRIBED and SWORN to before me, a Notary Public on this 21st day of May, 2018.

_____
NOTARY PUBLIC

UNIECE JACKSON
MY COMMISSION # 12692262
EXPIRES: October 19, 2025
Faulkner County

4

APPROVED:

**KNOLLMEYER LAW OFFICE, P.A.**
Attorneys for Plaintiffs
2525 John Harden Drive
Jacksonville, AR, 72076
(501) 985-1760; (501) 764-4770 [fax]

By: _____
   Michael Knollmeyer, AR86-105



*Exhibit A*

2533100012



L201805021
CERTIFICATE OF RECORD
FAULKNER CO. AR FEE $160.00
RECORDED 04-03-2018 09:54:50 AM
CRYSTAL TAYLOR
CIRCUIT CLERK
BY: LIZ BAUMGARTNER, D.C
NON JUDICIAL FORECLOSURE NOTICE
7 Pages

INSTRUMENT PREPARED BY
MACKIE WOLF ZIENTZ & MANN, P.C
624 W. CAPITOL AVENUE, SUITE 1560
LITTLE ROCK, AR 72201
(501) 218-8111
MWZM 20XX-XXXXXX-XXX

## MORTGAGEE'S NOTICE OF DEFAULT AND INTENTION TO SELL

## YOU MAY LOSE YOUR PROPERTY IF YOU DO NOT TAKE IMMEDIATE ACTION.

### THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR SUCH PURPOSE.

On January 27, 1999, Harold L. Henderson and Carol Sue Henderson executed a Mortgage in favor of CONSECO BANK, INC. which was recorded on February 2, 1999, in Book 1999, Page 4323 in the real property records of Faulkner County, Arkansas. The party initiating foreclosure can be contacted at or in care of the servicer initiating foreclosure at: Franklin Credit Management Corporation, 101 Hudson Street, 25th Floor, Jersey City, NJ 07302, at Telephone No. 1-800-255-5897; and

A default occurred under the terms of the Note and indebtedness. Because of the failure to cure the default the indebtedness was accelerated. It is now therefore wholly due and the Mortgagee has requested the property be sold to satisfy said indebtedness.

On Wednesday, June 20, 2018 on or about 2:30 PM, the following described real property will be sold at the front door entrance of the Faulkner County Courthouse, 801 Locust St., Conway, AR 72034, to the highest bidder for cash:

LOT 6, ACKLIN GAP RANCH SUBDIVISION PHASE II TO FAULKNER COUNTY, ARKANSAS, AS SHOWN ON PLAT OF RECORD IN PLAT BOOK D, PAGE 14, RECORDS OF FAULKNER COUNTY, ARKANSAS.

More commonly known as 300 Williams Ranch Road, Conway, AR 72032

There may be occupants that claim an interest in the real property herein based upon said occupancy.

The undersigned is the attorney-in-fact for the mortgagee and is acting on behalf of and with the consent of the mortgagee who is exercising its power of sale under Ark. Code Ann. Section 18-50-115 which implies a power of sale in every mortgage of real property situated in this State that is duly acknowledged and recorded.

The sale is subject to all matters shown on any applicable recorded plat, any unpaid taxes, any restrictive covenants, easements or setback lines that may be applicable, any statutory rights of redemption of any governmental agency, state or federal, any prior liens or encumbrances as well as any priority created by a fixture filing and to any matter that an accurate survey of the premises might disclose.

Unless discharged by bankruptcy, if your property is sold then you will remain liable for any deficiency and an action for collection may be brought against you. The sale held pursuant to this Notice may be rescinded at the Attorney-in-Fact's option at any time. The right is reserved to adjourn the day of the sale to another day, time and place certain without further publication, upon announcement at the time and place for the sale set forth above. The property is being sold "as is" with no

 L201805021745

representation as to its condition THE TERMS OF SALE ARE CASH THE DAY OF SALE AND ALL TRANSFER TAXES WILL BE THE RESPONSIBILITY OF THE PURCHASER. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney

Witness my hand this 2nd day of April ___ 2018

Tenven Slamatis, Attorney at Law Bar No. 2008064
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
CERTIFICATE TRUSTEE ON BEHALF OF BOSCO
CREDIT II TRUST SERIES 2010-1  by its attorney-in-fact,
Mackie Wolf Zientz & Mann, P.C.

## ACKNOWLEDGMENT

STATE OF ARKANSAS        )
                         )  §
COUNTY OF PULASKI        )

On __ day of ___ 2018, before me, _____ the undersigned officer, personally appeared Tenven Slamatis of Mackie Wolf Zientz & Mann, P.C. (known to me (or satisfactorily proven) to be the person whose name is subscribed as attorney-in-fact for Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, and acknowledged that he/she executed the same as the act of his/her principal for the consideration uses, and purposes therein contained.

IN TESTIMONY WHEREOF, I hereunto set my hand and official seal.

KAMI GARRETT
Saline County
NOTARY PUBLIC - ARKANSAS
My Commission Expires 04-19-2021
Commission No. 12361845

Notary Public, State of Arkansas